**Appeal Dismissed and Memorandum Opinion filed July 9, 2024**



In The

# Fourteenth Court of Appeals

---

### NO. 14-24-00449-CV

---

### TERRY MOONEYHAM, Appellant

### V.

### DAVID F. KNAPP, Appellee

---

**On Appeal from the Probate Court No. 3**
**Harris County, Texas**
**Trial Court Cause No. 510040-402**

---

### MEMORANDUM OPINION

This appeal is from a judgment signed August 31, 2023. That judgment became final when the trial court signed an order of severance on June 1, 2024. Appellant filed a premature notice of appeal on April 2, 2024 in appellate cause number 14-24-00243-CV. *See* Tex. R. App. P. 27.1(a) ("In a civil case, a prematurely filed notice of appeal is effective and deemed filed on the day of, but after, the event that begins the period for perfecting the appeal."). On June 18, 2024, we issued an order in appellate cause number 14-24-00243-CV staying the

underlying trial and ordering appellant to file an amended notice of appeal in that appellate cause number indicating the new trial court cause number created by the severance order. Appellant has since filed the amended notice of appeal in 14-24-00243-CV.

Also on June 18, 2024, appellant filed a notice of appeal in this appellate cause number from the same judgment, finalized by the same severance order. Because these appeals are duplicative, this appellate cause number has been opened in error. Since this cause was erroneously opened, we dismiss this appeal.

PER CURIAM

Panel consists of Justices Jewell, Zimmerer, and Hassan.